JPL:JKW
F. #2020R01171

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOSEPH RIVERA,

                    Defendant.

I N F O R M A T I O N

Cr. No. 23-CR-499 (KAM)
(T. 18, U.S.C. §§ 1512(k) and 3551 et seq.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

<u>CONSPIRACY TO DESTROY RECORDS FOR USE IN AN OFFICIAL PROCEEDING</u>

In or about and between January 2022 and March 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSEPH RIVERA, together with others, did knowingly and intentionally conspire to corruptly alter, destroy, mutilate and conceal one or more records and documents with the intent to impair such records' and documents' integrity and availability for use in an official proceeding, to wit: a grand jury investigation in the Eastern District of New York, contrary to Title 18, United States Code, Section 1512(c)(1).

(Title 18, United States Code, Section 1512(k) and 3551 et seq.)

*By Carolyn Pokorny, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK