U.S.D.J.   KIYO A. MATSUMOTO       DATE: 7/8/2025       TIME: 3:00 pm. – 4:00 pm.

## CRIMINAL CAUSE FOR PLEADING

USA   v. Joseph Rivera (dob)                    Docket No. 23- CR- 499   [KAM]
**Defense Counsel:**   Peter Quijano (ret)
AUSA: Jessica Weigel
**Deputy:** S. Jackson                          CR: Avery Armstrong

X  Case Called                    _X_ Defendant's First Appearance on the Information

X  Defendant: **X** Sworn   _X_ Arraigned   **X** Informed of Rights

X  Waiver of Indictment Executed for Defendant

X  Superseding Indictment/**Information Filed**

___ Bench Warrant Issued:_____

X  Defendant Enters Plea of Guilty to Sole Count **Information**/Superseding Indictment/Information.

X  Defendant Withdraws Not Guilty Plea and Entered Plea of Guilty to **Count 2** of the **SupersedingIndictment**.

X  Court Finds Factual Basis for the Plea

X  Sentencing has been scheduled for **November 28, 2025 at 11am.**

_  Defendant continued on Bond

___ Bail/Bond: ____ Set ____ Continued for Defendant ____ Continued in Custody

___ Case Adjourned to ___/___/___ at _____

X  Court accepts the Plea of Guilty.

X  Transcript Ordered

X  Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections, corrections or comments to the Presentence Report (PSR).  Defense counsel must respond to PSR within two weeks of receipt of the psr, the government will respond one week thereafter. PSR objections shall be directed to the probation officer but need not be filed via ecf.

X  Sentencing motions/submissions or letters of support on behalf of the defendant (apart from PSR objections) shall be submitted as follows: Counsel on behalf of the defendant shall file a sentencing. memoranda by close of business on **11/7/2025**, the government will respond by **11/14/2025**, any reply by the defendant, shall be served and filed electronically by close of business on **11/21/2025**.