# MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

32 Court Street, Suite 408
Brooklyn, New York 11201

546 5th Avenue, 6th Floor
New York, New York 10036

November 18, 2025

<u>Via ECF</u>

Hon. Kiyo A. Matsumoto
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Pirrello, et. al.</u>
    23 CR 499

Your Honor:

I write on behalf of the defendants with regard to today's deadline to file a reply, specifically regarding the government's opposition to the defendants' motion for a Bill of Particulars. Please be advised that the defendants will not be filing a reply, as we will rely on the facts and arguments set forth in our moving papers.

Thank you.

Very truly yours,

Michael C. Farkas